June 30, 2006

Mr. Vincent L. Marable III
Paul Webb, P.C.
221 N. Houston Street
Wharton, TX 77488
Mr. Casey L. Dobson
Scott Douglass & McConnico, L.L.P.
600 Congress Ave., Suite 1500
Austin, TX 78701

RE: Case Number: 05-0072
 Court of Appeals Number: 04-04-00108-CV
 Trial Court Number: 2002-CI-00925

Style: THOMAS O'DONNELL, EXECUTOR OF THE ESTATE OF CORWIN D. DENNEY
 v.
 PAUL H. SMITH, ET AL.

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court vacates
the court of appeals' judgment and remands the case to that court and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause. (Justice Green not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Dan Crutchfield |
| |Ms. Margaret G. |
| |Montemayor |